CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 1 4 2024

LAURA A. AUSTIN, CLERK
BY: MBallweg
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANTHONY COMER,<br><br>Defendant. | CASE NO. 5:24cr14<br><br>In Violation of:<br><br>18 U.S.C. § 2422 (b) – Attempted Enticement and Coercion |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
*Attempted Coercion and Enticement*
*(18 U.S.C. § 2422(b))*

1. On or about March and April of 2024, in the Western District of Virginia and elsewhere, the defendant,

MICHAEL ANTHONY COMER,

did use a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice, and coerce Minor Victim 4, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, production of child pornography which is a criminal offense under 18 U.S.C. § 2251.

2. All in violation of 18 U.S.C. § 2422(b).

### NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant(s) shall forfeit to the United States:

USAO 2024R00169

    c. any property, real or personal, used or intended to be used to commit or to facilitate the commission of said violation of law, or any property traceable to such property, pursuant to 18 U.S.C. § 2428(b)(1)(A).

    d. any property, real or personal, that constitutes or is derived from proceeds traceable to said violation of law, or any property traceable to such property, pursuant to 18 U.S.C. § 2428(b)(1)(B).

4. The property to be forfeited to the United States includes but is not limited to the following property:

    **b.**   **Money Judgment**

    An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    f. cannot be located upon the exercise of due diligence;
    g. has been transferred or sold to, or deposited with a third person;
    h. has been placed beyond the jurisdiction of the Court;
    i. has been substantially diminished in value; or
    j. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 14 Th day of August 2024.

/s/ FOREPERSON
FOREPERSON

CHRISTOPHER R. KAVANAUGH

3

USAO 2024R00169